FILED
**United States Court of Appeals**
**Tenth Circuit**

**April 23, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

PHILIP E. STETZEL,

   Movant.

No. 08-1041
(D.C. No. 07-CV-2570-BNB)
(D. Colo.)

---

ORDER

---

Before **BRISCOE**, **MURPHY**, and **O'BRIEN**, Circuit Judges.

---

Movant Philip E. Stetzel, a prisoner in state custody, has filed a motion for

authorization to file a second or successive habeas corpus petition under

28 U.S.C. § 2244(b). We deny authorization.

In movant's second 28 U.S.C. § 2254 petition he raises the same claims

that were denied on the merits in his first § 2254 petition. A court may not

entertain such claims. 28 U.S.C. § 2244(b)(1). Contrary to Mr. Stetzel's belief,

nothing in the Report and Recommendation of the Magistrate Judge in his first

§ 2254 proceeding can be taken as authorization from this court to file a second

or successive § 2254 petition.

This denial of authorization is not appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari. *See* 28 U.S.C. § 2244(b)(3)(E).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk